USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

# THE MARKS LAW FIRM, P.C.

December 30, 2019

<u>Via: ECF</u>
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007

RE: <u>Eric Rogers v. Privy LLC d/b/a Danji et al</u>
Docket: 1:19-cv-09957-AT

Dear Judge Torres,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 8, 2020.

Defendants were served through the Secretary of State on November 20, 2019. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

GRANTED. The initial pretrial conference scheduled for January 8, 2020, is ADJOURNED to **February 10, 2020**, at **11:00 a.m.** By **February 3, 2020**, the parties shall submit their joint letter and proposed case management plan.

If Defendant 346-52 Realty LLC has not appeared or contacted Plaintiff by Feburary 3, 2020, Plaintiff shall describe in the joint letter his efforts to reach Defendant 346-52 Realty LLC.

SO ORDERED.

Dated: January 2, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge

et, 3rd FL, New York, New York 10014
: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com