USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

          Plaintiff,

-against-

PRIVY LLC d/b/a DANJI and 346-52 REALTY, LLC,

          Defendants.

19 Civ. 9957 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference will be held telephonically. Accordingly, the parties are directed to call chambers at (212) 805-0293 on **March 17, 2020**, at **12:40 p.m.** with all parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge