# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

April 1, 2020

**Via ECF**
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007

RE: **Eric Rogers vs. Privy LLC et al**
Docket: 1:19-cv-9957

Dear Judge Torres.

The Parties respectfully request an adjournment of the initial conference scheduled for April 15, 2020.

Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a sixty (60) day stay of all deadlines and an adjournment of the initial conference. The Court may wish to note that this is undersigned counsel's first request to stay this matter.

Thank you for your consideration of this unexpected, but essential, request.

GRANTED. All deadlines are extended by 60 days. The initial pretrial conference scheduled for April 15, 2020 is ADJOURNED to **June 17, 2020**, at **11:00 a.m.** By **June 10, 2020**, the parties shall submit their joint letter and proposed case management plan.

The initial pretrial conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, access code 5598827.

SO ORDERED.

Dated: April 6, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

Street, 3ᵈ FL, New York, New York 10014
75, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com