```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

-against-

PRIVY LLC d/b/a DANJI and 346-52 REALTY, LLC,

                Defendants.

19 Civ. 9957 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 6, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by June 10, 2020. ECF No. 25. That submission is now overdue. The parties are hereby ORDERED to file a joint letter and proposed case management plan by **June 15, 2020**.

    SO ORDERED.

Dated: June 11, 2020
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge