```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC ROGERS d/b/a DANJI,                         :
                                                 :
                        Plaintiff,               :
                                                 :
         - against -                             :
                                                 :
PRIVY LLC d/b/a DANJI, et al.,                   :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

19 Civ. 09957 (AT) (RWL)

**SCHEDULING ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A **Telephone Conference** is set for **July 21, 2020** at **2:30 p.m.** in advance of a Settlement Conference before Magistrate Judge Robert W. Lehrburger.  The parties are instructed to review Judge Lehrburger's Individual Practices and Procedures for Settlement.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     June 25, 2020
           New York, New York

Copies transmitted to all counsel of record.